UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :   Master File No.:
IN RE J.P. JEANNERET ASSOCIATES, INC., et al.                  :
                                                               :   09-cv-3907 (CM)
                                                               :
                                                               :
-------------------------------------------------------------- X
                                                               :   ECF Case
This Document Relates To:                                      :
ERISA ACTIONS                                                  :
                                                               :
-------------------------------------------------------------- X

## ~~(PROPOSED)~~ ORDER EXTENDING TIME TO RESPOND

Upon consideration of his application for an extension of the time to answer or otherwise respond to the Corrected Consolidated Class Action Complaint in this action and ERISA class counsel's consent to such application and for good cause shown it is, on this 22 day of February, 2010, hereby:

ORDERED that the defendant Peter Rose's deadline to answer or otherwise respond to the Corrected Consolidated Class Action Complaint in this action is extended to March 19, 2010.

_____
Hon. Colleen McMahon
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/10
```