UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: J.P. JEANNERET ASSOCIATES, INC., et al.<br><br>This Document Relates To: Securities Action | MASTER FILE<br>NO. 09-CV-03907-CM |

## NOTICE OF SUPPLEMENTAL AUTHORITY

    Lead Securities Plaintiffs respectfully request that the Court consider the recent decision of Judge Victor Marrero in *Anwar, et al., v. Fairfield Greenwich Limited, et al.*, 1:09-cv-00118-VM-THK (S.D.N.Y. August 18, 2010), in which the Court, *inter alia*, denied defendants' (*e.g.*, feeder fund, its principals, auditor, etc.) motions to dismiss various of plaintiffs' federal and common law claims. We attach hereto a copy of this decision for the Court's reference and respectfully request that the Court consider this additional authority.

Dated: August 19, 2010

                                                  LOWEY DANNENBERG COHEN & HART, P.C.

                        By:    /s/ Barbara Hart
                                 Barbara Hart (BH-3231)
                                 Thomas M. Skelton (TS-7908)
                                 Todd Garber (TG-4620)
                                 Deborah Rogozinski (DR-5608)
                                 One North Broadway
                                 White Plains Plaza, 5th Floor
                                 White Plains, New York 10601
                                 914-997-0500

                                 *Lead Counsel for Securities Plaintiffs*