UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE J.P. JEANNERET ASSOCIATES, INC., *et al.*<br><br>-------------------------------------------------------------------<br><br>This Document Relates to:  ERISA Actions | Master File No. 09 Civ. 3907 (CM) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Interim class counsel for the ERISA claims respectfully request that the Court consider the recent decision of Judge Leonard B. Sand in <u>In re Beacon Associates Litigation</u>, 1:09-cv-00777-LBS (S.D.N.Y Oct. 5, 2010), (attached hereto as Exhibit "A"), and the "Brief in Support of the Secretary of Labor as Amicus Curiae in Support of Plaintiffs' Memoranda in Opposition to Defendants' Motions to Dismiss Claims Asserted Against the Ivy Defendants, Bank of New York, the Beacon Defendants, the Jeanneret Defendants and Friedberg Smith," (attached hereto as Exhibit "B"), also submitted to the Court in the same matter.  Interim class counsel for the ERISA claims respectfully request that the Court consider these additional authorities.

Dated:   October 6, 2010    BARROWAY TOPAZ KESSLER MELTZER &
CHECK, LLP

By: */s/ Peter H. LeVan, Jr.*
Joseph H. Meltzer
Edward W. Ciolko
Peter H. LeVan, Jr.
Shannon O. Lack
Tyler S. Graden
280 King of Prussia Road
Radnor, PA 19087
Tel: 610-667-7706
Fax: 610-667-7056

*Interim Lead Counsel for ERISA Plaintiffs and the Proposed Class*

**DEALY & SILBERSTEIN, LLP**
Milo Silberstein
225 Broadway, Suite 1405
New York, NY 10007
Tel: 212-385-0066
Fax: 212-385-2117

*Liaison Counsel for ERISA Plaintiffs and the Proposed Class*